■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN CHIRIBOGA, Appellant. [669 NYS2d 935] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Flug, J.), rendered November 28, 1994, convicting him of criminal sale of a controlled substance in the third degree (two

counts) and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the prosecutor improperly exercised peremptory challenges to exclude women from the jury (*see, Batson v Kentucky,* 476 US 79) is unpreserved for appellate review (*see, People v Smith,* 81 NY2d 875; *People v Cruz,* 200 AD2d 581; *People v Dyce,* 196 AD2d 506), and we decline to reach the issue in the exercise of our interest of justice jurisdiction. Rosenblatt, J. P., Sullivan, Santucci and Goldstein, JJ., concur.